UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.  3:26-cr- 74-WWB-MCR
18 U.S.C. § 876(c)

ALVIN MARTIN FEW

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Mailing Threatening Communications)

On or about October 24, 2024, in the Middle District of Florida, the defendant,

ALVIN MARTIN FEW,

did knowingly deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service (or knowingly caused to be delivered by the Postal Service according to the directions thereon) a communication postmarked October 24, 2024 and directed to the Clerk of Courts and judges of the Wilkie D. Ferguson Jr. United States Courthouse, who are officers and employees of the judicial branch of the United States Government, containing a threat to injure with the intent to communicate a true threat or with the knowledge that it would be viewed as a true threat.

In violation of 18 U.S.C. § 876(c).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
RICHARD L. LASSETER
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Chief, Criminal Division

FORM OBD-34
4/9/26 Revised

No.

## UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

### THE UNITED STATES OF AMERICA

vs.

### ALVIN MARTIN FEW

### INDICTMENT

Violations: 18 U.S.C. § 876(c)

A true bill,

███████████████████████

Foreperson

Filed in open court this 22nd day

of April 2026.

_____
Clerk

Bail    $_____

GPO 863 525